Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                            Case No.: 19−28130−ABA
                                            Chapter: 13
                                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joshua E Watts
   305 W.Main St., Unit 2
   PO Box 1652
   Millville, NJ 08302

Social Security No.:
   xxx−xx−5473

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/27/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 27, 2020
JAN: bc

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-28130-ABA
Joshua E Watts                                                      Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2         Date Rcvd: Feb 27, 2020
                               Form ID: 148                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db             +Joshua E Watts,    305 W.Main St., Unit 2,    PO Box 1652,    Millville, NJ 08332-8652
518474211       EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
518501758       Geico,    1 Geico Plz,    Bethesda, MD 20811-0001
518474212       KML Law Group,    Sentry Office Plaza,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518474213       Latisha Ramsey,    409 E Main St,    Millville, NJ 08332-5355
518582822      +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518474214       Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
518474215       Midwest Recovery Systems,    514 Earth City Plz Ste 100,    Earth City, MO 63045-1303
518501804       Millville Municipal Court,    12 High St S,    Millville, NJ 08332-4244
518501752       Northeastern Title Loans,    1502 N Dupont Hwy,    New Castle, DE 19720-1902
518538846      +Northeastern Title Loans, LLC,    3440 Preston Ridge Rd., Suite 500,    Alpharetta, GA 30005-3823
518474216      +PMAB,    4135 Southstream Blvd,    Charlotte, NC 28217-4636
518501806       Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518501807       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518501809       Title Max,    3401 Kirkwood Hwy,    Wilmington, DE 19808-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:15       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518500411       EDI: HNDA.COM Feb 28 2020 04:43:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518501753       E-mail/Text: bankruptcy@pepcoholdings.com Feb 28 2020 00:18:51
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
518501754       E-mail/Text: bankruptcy@bbandt.com Feb 28 2020 00:18:47      BB&T,    301 College St,
                 Greenville, SC 29601-2014
518518207      +E-mail/Text: bankruptcy@bbandt.com Feb 28 2020 00:18:47      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
518504406      +E-mail/Text: tracey.gregoire@millvillenj.gov Feb 28 2020 00:19:16       City of Millville,
                 12 S. High Street,    Millville, NJ 08332-4244
518501755       EDI: DIRECTV.COM Feb 28 2020 04:43:00      Direct TV,    PO Box 5007,
                 Carol Stream, IL 60197-5007
518553086      +EDI: AIS.COM Feb 28 2020 04:43:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518474217       EDI: PRA.COM Feb 28 2020 04:43:00      Portfolio Recovery Associates LLC,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
518553251       EDI: PRA.COM Feb 28 2020 04:43:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
518500491       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 00:32:30
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518573885       EDI: NEXTEL.COM Feb 28 2020 04:43:00      Sprint Corp.,    Attn: Bankruptcy,    PO Box 7949,
                 Overland Park, KS 66207-0949
518501808       EDI: NEXTEL.COM Feb 28 2020 04:43:00      Sprint Corporation,    Attn Bankruptcy Department,
                 PO Box 3326,    Englewood, CO 80155-3326
518474218       EDI: RMSC.COM Feb 28 2020 04:48:00      Synchrony Bank,    PO Box 965007,
                 Orlando, FL 32896-5007
518474219       EDI: USAA.COM Feb 28 2020 04:43:00      USAA Savings Bank,    10750 McDermott Fwy,
                 San Antonio, TX 78288-0002
518474220       EDI: WFFC.COM Feb 28 2020 04:48:00      Wells Fargo Bank N.A.,    PO Box 14517,
                 Des Moines, IA 50306-3517
518583578       EDI: WFFC.COM Feb 28 2020 04:48:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518583577       EDI: WFFC.COM Feb 28 2020 04:48:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518501811       Jose Martinez,    NO ADDRESS PROVIDED
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 27, 2020
                              Form ID: 148             Total Noticed: 34
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Moshe  Rothenberg    on behalf of Debtor Joshua E Watts moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```